UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PATILLO,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

Case No. 13-10668

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

### ORDER ADOPTING REPORT AND RECOMMENDATION [13] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8]

On January 29, 2014, Magistrate Judge Whalen issued a Report and Recommendation [13] that Defendant Commissioner of Social Security's Motion for Summary Judgment [12] be GRANTED and Plaintiff David Patillo's Motion for Summary Judgment [8] be DENIED. Plaintiff has not filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [13] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [12] is **GRANTED**.  Plaintiff's Motion for Summary Judgment [8] is **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

Dated: March 4, 2014